

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Catrina Renee Guy, Appellant

No. 06-24-00189-CR        v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 4 of Tarrant County, Texas (Tr. Ct. No. 1592780).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Catrina Renee Guy, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 14, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk